# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GILMORE, VAUGHAN Q <br> GILMORE, SAVANNAH <br><br> Debtor(s) | § Case No. 12-81981 <br> § <br> § <br> § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                         , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/12/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  04/25/2013          By:  /s/JOSEPH D. OLSEN
                                                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GILMORE, VAUGHAN Q § Case No. 12-81981
GILMORE, SAVANNAH §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 11,580.84

*and approved disbursements of* $ 130.00

*leaving a balance on hand of* [1] $ 11,450.84

**Balance on hand:** $ 11,450.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | CSC Logic | 8,026.84 | 0.00 | 0.00 | 0.00 |
| 11S | Capital One Bank (USA), N.A. | 4,761.06 | 4,761.05 | 0.00 | 4,761.05 |
| 11S-2 | Capital One Bank (USA), N.A. | 4,761.06 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 4,761.05
Remaining balance: $ 6,689.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,908.08 | 0.00 | 1,908.08 |
| Trustee, Expenses - JOSEPH D. OLSEN | 129.94 | 0.00 | 129.94 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,000.00 | 0.00 | 2,000.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses: $ 4,331.02
Remaining balance: $ 2,358.77

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,358.77 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,358.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,570.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Precision Recovery Analytics, Inc | 3,827.67 | 0.00 | 217.20 |
| 2 | Advanta Bank Corporation | 15,517.99 | 0.00 | 880.52 |
| 3 | American InfoSource LP as agent for | 1,146.93 | 0.00 | 65.08 |
| 4 | American InfoSource LP as agent for | 6,402.74 | 0.00 | 363.30 |
| 5 | American InfoSource LP as agent for | 303.92 | 0.00 | 17.25 |
| 6 | Midland Funding LLC | 1,388.61 | 0.00 | 78.79 |
| 7 | ELAN FINANCIAL SERVICES | 2,141.93 | 0.00 | 121.54 |
| 9 | CSC Logic | 599.43 | 0.00 | 34.01 |
| 10 | Atlas Acquisitions LLC (First Equity Card Corp) | 4,025.57 | 0.00 | 228.42 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11U | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 11U-2 | Capital One Bank (USA), N.A. | 1,357.87 | 0.00 | 77.05 |
| 12 | Capital One Bank (USA), N.A. | 2,394.68 | 0.00 | 135.88 |
| 13 | Rockford Health Physicians | 325.24 | 0.00 | 18.45 |
| 14 | Nordstrom fsb | 1,285.63 | 0.00 | 72.95 |
| 15 | Capital One, N.A. | 851.80 | 0.00 | 48.33 |

Total to be paid for timely general unsecured claims:     $        2,358.77
Remaining balance:     $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $        0.00
Remaining balance:     $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance:     $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-81981-TML
Vaughan Q Gilmore                                                   Chapter 7
Savannah Gilmore
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3              Date Rcvd: May 09, 2013
                              Form ID: pdf006             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2013.
```
db/jdb      #+Vaughan Q Gilmore,    Savannah Gilmore,    1931 N.Church St.,    Rockford, IL 61103-4654
19397627     +Atlas Acquisitions LLC (First Equity Card Corp),    294 Union St.,    Hackensack, NJ 07601-4303
18924076     +Bonnie Gilmore (xwife),    3367 Gun Flint trl,    Rockford, IL 61109-3962
18924079    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    P.O. Box 85520,   Richmond, VA 23285)
18924083     +CBCS,   P.O. Box 164089,    Columbus, OH 43216-4089
18924087     +CSC Logic,   P.O. Box 1577,    Coppell, TX 75019-1577
19401381      Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
19592105      Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18924080     +Capital One, N.a.,    Capital One Bank (USA) N.A.,   Po Box 30285,    Salt Lake City, UT 84130-0285
18924081     +Cb Accts Inc,   124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
18924084     +Chase Bank,   P.O. Box 15298,    Wilmington, DE 19850-5298
18924085      Citi Mortgage,   P.O. Box 183040,    Columbus, OH 43218-3040
18924088     +Csc/bmo Harris Bank,    Po Box 1577,   Coppell, TX 75019-1577
18924089     +Dr. Scott Craig,    950 S. Mulford Rd.,    Rockford, IL 61108-4274
18924090     +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
18924096     +EOS CCA,   700 Longwater Dr.,    Norwell, MA 02061-1624
18924091     +Elan Financial,    777 E. Wisconsin Ave.,    Milwaukee, WI 53202-5399
18924092      Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
18924101      Midland Credit,    8014 Aero Dr.,   San Diego, CA 92123
19932068      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
18924103     +Monco Law,   Po Box 1641,    Brookfield, WI 53008-1641
18924104     +Monoco Law,   P.O. Box 1641,    Brookfield, WI 53008-1641
18924105     +Mutual Management,    Po Box 477,   Rockford, IL 61105
18924110     +PARDA,   5500 Forest Hills Rd.,    Rockford, IL 61111-5213
18924109     +Paragonway,    Po Box 92109,   Austin, TX 78709-2109
18924111     +Parda Federal Credit U,    2601 Cambridge Ct Ste 21,   Auburn Hills, MI 48326-2569
18924112     +Rockford Health Physicians,    2300 N. Rockton Ave.,   Rockford, IL 61103-3619
18924114     +Rockford Mercantile,    2502 S. Alpine Rd.,    Rockford, IL 61108-7813
18924115     +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
18924117     +St. Anthony Medical Center,    7068 Solution Center,   Chicago, IL 60677-0001
19325468    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,    AS SERVICER FOR PARDA FEDERAL CREDIT,
              BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
18924118     +West Asset,   Attn: Bankruptcy,    2703 North Highway 75,    Sherman, TX 75090-2567
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18924075     +E-mail/Text: ars5183harlem@aol.com May 09 2013 22:27:33     Acct Rcv Svc,    5183 Harlem Rd Ste,
              Loves Park, IL 61111-3448
19295301      E-mail/Text: bkr@cardworks.com May 09 2013 22:25:57     Advanta Bank Corporation,
              Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
19300119      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2013 22:33:31
              American InfoSource LP as agent for,   Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK 73126-8941
19385471     +E-mail/Text: bnc@atlasacq.com May 09 2013 22:26:17     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
18924078     +E-mail/Text: ebn@squaretwofinancial.com May 09 2013 22:28:40     CACH, LLC,
              4340 S. Monaco St. Unit 2,    Denver, CO 80237-3408
18924077     +E-mail/Text: ebn@squaretwofinancial.com May 09 2013 22:28:40     Cach Llc/Square Two Financial,
              Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
18924086     +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM May 09 2013 22:25:36     Creditors Protection S,
              Po Box 4115,   Rockford, IL 61110-0615
18924093     +E-mail/Text: bknotice@erccollections.com May 09 2013 22:27:34     Enhanced Recovery,
              8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
18924094     +E-mail/Text: bknotice@erccollections.com May 09 2013 22:27:34     Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19305789      E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 22:30:01     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18924098     +E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 22:32:54     Gemb/JC Penny,
              Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
18924099      E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 22:30:15     JC Penney,    P.O. Box 960090,
              Orlando, FL 32896-0090
18924100     +E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2013 22:24:40     Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
18924102     +E-mail/Text: bankruptcydpt@mcmcg.com May 09 2013 22:25:00     Midland Funding,    8875 Aero Dr,
              San Diego, CA 92123-2255
18924106     +E-mail/Text: bnc@nordstrom.com May 09 2013 22:24:45     Nordstrom FSB,
              Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
19421282     +E-mail/Text: bnc@nordstrom.com May 09 2013 22:24:45     Nordstrom fsb,    P.O. Box 6566,
              Englewood, CO 80155-6566
18924107     +E-mail/Text: bnc@nordstrom.com May 09 2013 22:24:45     Nordstroms,    P.O. Box 6565,
              Englewood, CO 80155-6565
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 3                    Date Rcvd: May 09, 2013
                               Form ID: pdf006             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19285382      +E-mail/Text: bankruptcy@cavps.com May 09 2013 22:28:20     Precision Recovery Analytics, Inc,
               c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
19932069       E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 22:33:17
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18924116       E-mail/PDF: cbp@slfs.com May 09 2013 22:30:26      Springleaf Financial,    211 Elm St.,
               Rockford, IL 61102
                                                                                             TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18924082*     +Cb Accts Inc,   124 Sw Adams St. Suite 215,   Peoria, IL 61602-2321
18924095*     +Enhanced Recovery Corp,   Attention: Client Services,   8014 Bayberry Rd,
               Jacksonville, FL 32256-7412
18924097*     +Eos Cca,   700 Longwater Dr,   Norwell, MA 02061-1624
18924113*     +Rockford Health Physicians,   2300 N. Rockton Ave.,   Rockford, IL 61103-3619
18924108      ##+Paragon Way,Inc.,   2101 W, Ben White Blvd.,   Austin, TX 78704-7517
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: May 09, 2013
                              Form ID: pdf006             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2013 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Jason  Kunowski    on behalf of Joint Debtor Savannah  Gilmore rockford@jordanpratt.com
              Jason  Kunowski    on behalf of Debtor Vaughan Q Gilmore rockford@jordanpratt.com
              Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```