# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GILMORE, VAUGHAN Q § Case No. 12-81981
GILMORE, SAVANNAH §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $55,050.00                    Assets Exempt: $4,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,119.82      Claims Discharged
                                                Without Payment: $68,420.24

Total Expenses of Administration: $4,461.02

3) Total gross receipts of $ 11,580.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,580.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $89,000.00 | $17,548.96 | $4,761.05 | $4,761.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,461.02 | 4,461.02 | 4,461.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 52,687.00 | 42,927.88 | 41,570.01 | 2,358.77 |
| **TOTAL DISBURSEMENTS** | $141,687.00 | $64,937.86 | $50,792.08 | $11,580.84 |

    4) This case was originally filed under Chapter 7 on May 17, 2012. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/20/2013        By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3367 Gun Flint, Rockford, IL | 1110-000 | 11,580.84 |
| **TOTAL GROSS RECEIPTS** | | **$11,580.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CSC Logic | 4110-000 | N/A | 8,026.84 | 0.00 | 0.00 |
| 11S | Capital One Bank (USA), N.A. | 4210-000 | N/A | 4,761.06 | 4,761.05 | 4,761.05 |
| 11S-2 | Capital One Bank (USA), N.A. | 4120-000 | N/A | 4,761.06 | 0.00 | 0.00 |
| NOTFILED | PARDA | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CSC Logic | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Parda Federal Credit U | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$89,000.00** | **$17,548.96** | **$4,761.05** | **$4,761.05** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,908.08 | 1,908.08 | 1,908.08 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 129.94 | 129.94 | 129.94 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,461.02 | $4,461.02 | $4,461.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Precision Recovery Analytics, Inc | 7100-000 | 3,613.00 | 3,827.67 | 3,827.67 | 217.20 |
| 2 | Advanta Bank Corporation | 7100-000 | N/A | 15,517.99 | 15,517.99 | 880.52 |
| 3 | American InfoSource LP as agent for | 7100-000 | 1,129.00 | 1,146.93 | 1,146.93 | 65.08 |
| 4 | American InfoSource LP as agent for | 7100-000 | 6,403.00 | 6,402.74 | 6,402.74 | 363.30 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 303.92 | 303.92 | 17.25 |
| 6 | Midland Funding LLC | 7100-000 | 2,598.00 | 1,388.61 | 1,388.61 | 78.79 |
| 7 | ELAN FINANCIAL SERVICES | 7100-000 | 2,030.00 | 2,141.93 | 2,141.93 | 121.54 |
| 9 | CSC Logic | 7100-000 | N/A | 599.43 | 599.43 | 34.01 |
| 10 | Atlas Acquisitions LLC (First Equity Card Corp) | 7100-000 | 4,026.00 | 4,025.57 | 4,025.57 | 228.42 |
| 11U | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,357.87 | 0.00 | 0.00 |
| 11U-2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,357.87 | 1,357.87 | 77.05 |
| 12 | Capital One Bank (USA), N.A. | 7100-000 | 2,394.00 | 2,394.68 | 2,394.68 | 135.88 |
| 13 | Rockford Health Physicians | 7100-000 | N/A | 325.24 | 325.24 | 18.45 |
| 14 | Nordstrom fsb | 7100-000 | 1,285.00 | 1,285.63 | 1,285.63 | 72.95 |
| 15 | Capital One, N.A. | 7100-000 | N/A | 851.80 | 851.80 | 48.33 |
| NOTFILED | Dsnb Macys | 7100-000 | 759.00 | N/A | N/A | 0.00 |
| NOTFILED | Elan Financial Service Cb Disputes | 7100-000 | 2,117.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery | 7100-000 | 852.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 1,288.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 852.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 705.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 191.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 1,580.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset | 7100-000 | 1,288.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Anthony Medical Center | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit | 7100-000 | 1,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Monco Law | 7100-000 | 302.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Dr. Scott Craig | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordstroms | 7100-000 | 1,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Eos Cca | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | Paragon Way,Inc. | 7100-000 | 3,615.00 | N/A | N/A | 0.00 |
| NOTFILED | Acct Rcv Svc | 7100-000 | 638.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection S | 7100-000 | 438.00 | N/A | N/A | 0.00 |
| NOTFILED | Cb Accts Inc | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | CBCS | 7100-000 | 381.00 | N/A | N/A | 0.00 |
| NOTFILED | Cb Accts Inc | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 2,085.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 6,335.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,687.00 | $42,927.88 | $41,570.01 | $2,358.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-81981  
**Case Name:** GILMORE, VAUGHAN Q  
  GILMORE, SAVANNAH  
**Period Ending:** 08/20/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/17/12 (f)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 11/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3367 Gun Flint, Rockford, IL | 70,000.00 | 5,000.00 | | 11,580.84 | FA |
| 2 | 310 Cole Ave, Rockford, IL | 47,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account w/ PNC Bank | 50.00 | 0.00 | | 0.00 | FA |
| 4 | older household furniture & personal belongings | 500.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6 | wedding rings & misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Mutaul of Omhoa - term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 8 | American Life - term life policy - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 Cadillac SRX | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Chevy Equinox | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$125,050.00** | **$5,000.00** | | **$11,580.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2013          **Current Projected Date Of Final Report (TFR):**     April 24, 2013  (Actual)

Printed: 08/20/2013 12:07 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-81981 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GILMORE, VAUGHAN Q | | Bank Name: | The Bank of New York Mellon |
| | GILMORE, SAVANNAH | | Account: | 9200-******34-66 - Checking Account |
| Taxpayer ID #: | **-***1672 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 08/20/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/06/12 | {1} | Title Underwriters Agency | 3367 Gunflint Trail property | 1110-000 | 3,293.72 | | 3,293.72 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,268.72 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,243.72 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,218.72 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,193.72 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 3,193.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,293.72 | 3,293.72 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,193.72 | |
| | | | Subtotal | | 3,293.72 | 100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,293.72 | $100.00 | |

{} Asset reference(s)

Printed: 08/20/2013 12:07 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-81981 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GILMORE, VAUGHAN Q | | Bank Name: | Rabobank, N.A. |
| | GILMORE, SAVANNAH | | Account: | ****188966 - Checking Account |
| Taxpayer ID #: | **-***1672 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 08/20/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,193.72 | | 3,193.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,183.72 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,173.72 |
| 03/14/13 | {1} | Title Underwriters Agency | escrow funds | 1110-000 | 8,287.12 | | 11,460.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,450.84 |
| 06/12/13 | 10101 | United States Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 11,157.84 |
| 06/12/13 | 10102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,000.00 | 9,157.84 |
| 06/12/13 | 10103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $129.94, Trustee Expenses;  Reference: | 2200-000 | | 129.94 | 9,027.90 |
| 06/12/13 | 10104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,908.08, Trustee Compensation;  Reference: | 2100-000 | | 1,908.08 | 7,119.82 |
| 06/12/13 | 10105 | Precision Recovery Analytics, Inc | Dividend paid  5.67% on $3,827.67; Claim# 1; Filed: $3,827.67; Reference: | 7100-000 | | 217.20 | 6,902.62 |
| 06/12/13 | 10106 | Advanta Bank Corporation | Dividend paid  5.67% on $15,517.99; Claim# 2; Filed: $15,517.99; Reference: | 7100-000 | | 880.52 | 6,022.10 |
| 06/12/13 | 10107 | Midland Funding LLC | Dividend paid  5.67% on $1,388.61; Claim# 6; Filed: $1,388.61; Reference: | 7100-000 | | 78.79 | 5,943.31 |
| 06/12/13 | 10108 | ELAN FINANCIAL SERVICES | Dividend paid  5.67% on $2,141.93; Claim# 7; Filed: $2,141.93; Reference: | 7100-000 | | 121.54 | 5,821.77 |
| 06/12/13 | 10109 | CSC Logic | Dividend paid  5.67% on $599.43; Claim# 9; Filed: $599.43; Reference: | 7100-000 | | 34.01 | 5,787.76 |
| 06/12/13 | 10110 | Atlas Acquisitions LLC (First Equity Card Corp) | Dividend paid  5.67% on $4,025.57; Claim# 10; Filed: $4,025.57; Reference: | 7100-000 | | 228.42 | 5,559.34 |
| 06/12/13 | 10111 | Rockford Health Physicians | Dividend paid  5.67% on $325.24; Claim# 13; Filed: $325.24; Reference: | 7100-000 | | 18.45 | 5,540.89 |
| 06/12/13 | 10112 | Nordstrom fsb | Dividend paid  5.67% on $1,285.63; Claim# 14; Filed: $1,285.63; Reference: | 7100-000 | | 72.95 | 5,467.94 |
| 06/12/13 | 10113 | Capital One, N.A. | Dividend paid  5.67% on $851.80; Claim# 15; Filed: $851.80; Reference: | 7100-000 | | 48.33 | 5,419.61 |
| 06/12/13 | 10114 | American InfoSource LP as agent for | Combined Check for Claims#3,4,5 | | | 445.63 | 4,973.98 |
| | | | Dividend paid 5.67% on $1,146.93;  Claim# 3;  Filed: $1,146.93 | 7100-000 | | 65.08 | 4,973.98 |

Subtotals :  $11,480.84   $6,506.86

{} Asset reference(s)

Printed: 08/20/2013 12:07 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-81981 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | GILMORE, VAUGHAN Q | | **Bank Name:** | Rabobank, N.A. |
| | GILMORE, SAVANNAH | | **Account:** | ****188966 - Checking Account |
| **Taxpayer ID #:** | **-***1672 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 08/20/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid  5.67% on $6,402.74;  Claim# 4;  Filed: $6,402.74 | 363.30 | 7100-000 | | | 4,973.98 |
| | | | Dividend paid  5.67% on $303.92;  Claim# 5;  Filed: $303.92 | 17.25 | 7100-000 | | | 4,973.98 |
| 06/12/13 | 10115 | Capital One Bank (USA), N.A. | Combined Check for Claims#11U-2,11S,12 | | | | 4,973.98 | 0.00 |
| | | | Dividend paid  5.67% on $1,357.87;  Claim# 11U-2; Filed: $1,357.87 | 77.05 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $4,761.05;  Claim# 11S; Filed: $4,761.06 | 4,761.05 | 4210-000 | | | 0.00 |
| | | | Dividend paid  5.67% on $2,394.68;  Claim# 12;  Filed: $2,394.68 | 135.88 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,480.84 | 11,480.84 | **$0.00** |
| | | | Less: Bank Transfers | | 3,193.72 | 0.00 | |
| | | | **Subtotal** | | 8,287.12 | 11,480.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,287.12** | **$11,480.84** | |

| | | |
|---|---|---|
| Net Receipts : | 11,580.84 | |
| Net Estate : | $11,580.84 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******34-66** | 3,293.72 | 100.00 | 0.00 |
| **Checking # ****188966** | 8,287.12 | 11,480.84 | 0.00 |
| | **$11,580.84** | **$11,580.84** | **$0.00** |

{} Asset reference(s)